# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CAROL A. EGAN
6004 GREENWOOD ROAD
WONDER LAKE, IL 60097

SSN-xxx-xx-4772

Case Number: 07-71027

Case filed on: 4/27/2007
Plan Confirmed on: 7/13/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,240.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 1,120.00 | 0.00 |
| | Total Legal | 3,274.00 | 3,274.00 | 1,120.00 | 0.00 |
| 002 | BLITT & GAINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLATT, HASENMILLER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CAROL A. EGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE | 9,930.94 | 9,930.94 | 112.74 | 0.00 |
| 004 | LVNV FUNDING LLC | 9,367.23 | 9,367.23 | 106.34 | 0.00 |
| 005 | LVNV FUNDING LLC | 17,699.83 | 17,699.83 | 200.94 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 7,531.04 | 7,531.04 | 85.50 | 0.00 |
| 007 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 41,498.90 | 41,498.90 | 471.11 | 0.00 |
| | Total Unsecured | 86,027.94 | 86,027.94 | 976.63 | 0.00 |
| | Grand Total: | 89,301.94 | 89,301.94 | 2,096.63 | 0.00 |

Total Paid Claimant: $2,096.63
Trustee Allowance: $143.37
Percent Paid Unsecured: 1.14

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/30/2007

By /s/Heather M. Fagan